June 28, 1974.

No. State 52. STATE, Respondent, v. CHAMBERLAIN, Appellant.

(Also reported in 219 N. W. 2d 407.)

The cause was submitted for the appellant on the brief of *Warren A. Kenney,* Wisconsin Indian Legal Services Center, Inc., and for the respondent on the brief of *Robert W. Warren,* attorney general, and *James H. Petersen,* assistant attorney general.

Judgment affirmed.